UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Eve Nevada, LLC and Rambo V Productions, Inc.<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>DOES 1-16<br><br>　　　　　Defendants. | Case No.: 1:20-cv- 475<br>(Copyright)<br><br>**DECLARATION OF STEPHANIE KESSNER** |

<u>DECLARATION OF STEPHANIE KESSNER</u>

Stephanie Kessner hereby declares under penalty of laws of the United States that the following is true and correct.

1.　I am over 18 years of age and a resident of Kailua Kona, Hawaii.

2.　I work with Culpepper IP, LLLC as a paralegal/legal assistant.

3.　The below image accurately reflects how the website https://rarbg.to/torrents.php ("Website") appeared on November 4, 2020.



4. The below image accurately reflects how the website https://rarbg.to/torrents.php?category=2;14;15;16;17;21;22;42;18;19;41;27;28;29;30;31;32;40;23;24;25;26;33;34;43;44;45;46;47;48;49;50;51;52;54 appeared on November 4, 2020.



5. A search for "FGT" on the Website resulted in over 100 pages of search results, all with "FGT" in the name of the file title. Below is a true and accurate screenshot of the search page.



6. I searched on the Website for *Ava*. The Website returned dozens of different torrent files for downloading the motion picture, one of which has the exact same file name as alleged in the Complaint.



7. I searched on the Website for *Rambo Last Blood*. The Website returned dozens of different torrent files for downloading the motion picture. Below is a true and accurate screenshot of the search results.



8. The bottom of the website included a link "DMCA Info". Clicking on this link directed me to https://rarbg.to/dmca_info.php where a Digital Millennium Copyright ("DMCA") policy per 17 U.S.C. 512(c)(3) is discussed. Below is a true and accurate screenshot of this portion of the Website.



I declare under the penalty of perjury that the foregoing is true and correct.

DATED: Kailua Kona, Hawaii, November 4, 2020.

*Stephanie Kessner*
Stephanie Kessner