| No | IP | Port | Hit Date UTC |
|---:|---|---:|---|
| 1 | 174.239.4.71 | 6991 | 2020-10-06 08:53:43 |
| 2 | 174.239.6.74 | 10629 | 2020-10-06 03:47:02 |
| 3 | 174.239.2.60 | 3003 | 2020-10-02 10:30:12 |
| 4 | 174.239.11.201 | 3852 | 2020-09-06 21:05:10 |
| 5 | 174.239.0.207 | 10074 | 2020-09-06 04:40:43 |
| 6 | 174.239.4.248 | 7541 | 2020-09-05 21:38:17 |
| 7 | 174.239.3.70 | 9412 | 2020-09-05 21:35:29 |
| 8 | 174.239.2.123 | 2533 | 2020-09-05 03:25:28 |
| 9 | 174.239.5.251 | 1246 | 2020-09-04 20:44:28 |
| 10 | 174.239.1.147 | 11396 | 2020-09-02 00:26:08 |
| 11 | 174.239.2.248 | 6037 | 2020-08-30 05:28:48 |
| 12 | 174.239.1.68 | 3363 | 2020-08-26 07:14:58 |
| 13 | 174.239.0.190 | 2219 | 2020-08-26 06:28:36 |
| 14 | 174.239.1.130 | 3093 | 2020-10-13 05:32:58 |
| 15 | 174.239.3.221 | 3164 | 2020-10-12 12:46:55 |
| 16 | 174.239.1.74 | 7858 | 2020-10-09 08:05:25 |

**Exhibit "1"**

| No | IP | File Name |
|---|---|---|
| 1 | 174.239.4.71 | Ava.2020.WEB-DL.x264-FGT |
| 2 | 174.239.6.74 | Ava.2020.WEB-DL.x264-FGT |
| 3 | 174.239.2.60 | Ava.2020.WEB-DL.x264-FGT |
| 4 | 174.239.11.201 | Ava.2020.WEB-DL.x264-FGT |
| 5 | 174.239.0.207 | Ava.2020.WEB-DL.x264-FGT |
| 6 | 174.239.4.248 | Ava.2020.WEB-DL.x264-FGT |
| 7 | 174.239.3.70 | Ava.2020.WEB-DL.x264-FGT |
| 8 | 174.239.2.123 | Ava.2020.WEB-DL.x264-FGT |
| 9 | 174.239.5.251 | Ava.2020.WEB-DL.x264-FGT |
| 10 | 174.239.1.147 | Ava.2020.WEB-DL.x264-FGT |
| 11 | 174.239.2.248 | Ava.2020.WEB-DL.x264-FGT |
| 12 | 174.239.1.68 | Ava.2020.WEB-DL.x264-FGT |
| 13 | 174.239.0.190 | Ava.2020.WEB-DL.x264-FGT |
| 14 | 174.239.1.130 | Ava.2020.WEB-DL.x264-FGT |
| 15 | 174.239.3.221 | Ava.2020.WEB-DL.x264-FGT |
| 16 | 174.239.1.74 | Ava.2020.WEB-DL.x264-FGT |

| No | IP | File Hash |
|---:|---|---|
| 1 | 174.239.4.71 | SHA1: F3882AE352BDE394F46F41B675E60BB584C0573E |
| 2 | 174.239.6.74 | SHA1: F3882AE352BDE394F46F41B675E60BB584C0573E |
| 3 | 174.239.2.60 | SHA1: F3882AE352BDE394F46F41B675E60BB584C0573E |
| 4 | 174.239.11.201 | SHA1: F3882AE352BDE394F46F41B675E60BB584C0573E |
| 5 | 174.239.0.207 | SHA1: F3882AE352BDE394F46F41B675E60BB584C0573E |
| 6 | 174.239.4.248 | SHA1: F3882AE352BDE394F46F41B675E60BB584C0573E |
| 7 | 174.239.3.70 | SHA1: F3882AE352BDE394F46F41B675E60BB584C0573E |
| 8 | 174.239.2.123 | SHA1: F3882AE352BDE394F46F41B675E60BB584C0573E |
| 9 | 174.239.5.251 | SHA1: F3882AE352BDE394F46F41B675E60BB584C0573E |
| 10 | 174.239.1.147 | SHA1: F3882AE352BDE394F46F41B675E60BB584C0573E |
| 11 | 174.239.2.248 | SHA1: F3882AE352BDE394F46F41B675E60BB584C0573E |
| 12 | 174.239.1.68 | SHA1: F3882AE352BDE394F46F41B675E60BB584C0573E |
| 13 | 174.239.0.190 | SHA1: F3882AE352BDE394F46F41B675E60BB584C0573E |
| 14 | 174.239.1.130 | SHA1: F3882AE352BDE394F46F41B675E60BB584C0573E |
| 15 | 174.239.3.221 | SHA1: F3882AE352BDE394F46F41B675E60BB584C0573E |
| 16 | 174.239.1.74 | SHA1: F3882AE352BDE394F46F41B675E60BB584C0573E |

| No | IP | ISP | Region | City |
|---:|----|-----|--------|------|
| 1 | 174.239.4.71 | Verizon Wireless | Hawaii | Honolulu |
| 2 | 174.239.6.74 | Verizon Wireless | Hawaii | Honolulu |
| 3 | 174.239.2.60 | Verizon Wireless | Hawaii | 'Ewa Beach |
| 4 | 174.239.11.201 | Verizon Wireless | Hawaii | Kaneohe |
| 5 | 174.239.0.207 | Verizon Wireless | Hawaii | Honolulu |
| 6 | 174.239.4.248 | Verizon Wireless | Hawaii | Honolulu |
| 7 | 174.239.3.70 | Verizon Wireless | Hawaii | Honolulu |
| 8 | 174.239.2.123 | Verizon Wireless | Hawaii | Honolulu |
| 9 | 174.239.5.251 | Verizon Wireless | Hawaii | Honolulu |
| 10 | 174.239.1.147 | Verizon Wireless | Hawaii | Honolulu |
| 11 | 174.239.2.248 | Verizon Wireless | Hawaii | Honolulu |
| 12 | 174.239.1.68 | Verizon Wireless | Hawaii | Honolulu |
| 13 | 174.239.0.190 | Verizon Wireless | Hawaii | Honolulu |
| 14 | 174.239.1.130 | Verizon Wireless | Hawaii | Honolulu |
| 15 | 174.239.3.221 | Verizon Wireless | Hawaii | Honolulu |
| 16 | 174.239.1.74 | Verizon Wireless | Hawaii | Honolulu |

| No | IP | Province |
|---:|---|---|
| 1 | 174.239.4.71 | Honolulu County |
| 2 | 174.239.6.74 | Honolulu County |
| 3 | 174.239.2.60 | Honolulu County |
| 4 | 174.239.11.201 | Honolulu County |
| 5 | 174.239.0.207 | Honolulu County |
| 6 | 174.239.4.248 | Honolulu County |
| 7 | 174.239.3.70 | Honolulu County |
| 8 | 174.239.2.123 | Honolulu County |
| 9 | 174.239.5.251 | Honolulu County |
| 10 | 174.239.1.147 | Honolulu County |
| 11 | 174.239.2.248 | Honolulu County |
| 12 | 174.239.1.68 | Honolulu County |
| 13 | 174.239.0.190 | Honolulu County |
| 14 | 174.239.1.130 | Honolulu County |
| 15 | 174.239.3.221 | Honolulu County |
| 16 | 174.239.1.74 | Honolulu County |