**Work(s)**

| # | IP | Port | Filename | Client | Size | Hash | UTC Date | UTC time |
|---|---|---|---|---|---|---|---|---|
| 1 | 174.239.2.248 | 3128 | Rambo.Last.Blood.2019.1080p.KORSUB.HDRip.x264.AAC2.0-STUTTERSHIT | [unknown Client] | 3437872497 | ECFA0E9BC730231396CBEBA93D243E76B8DFB758 | 2019-12-06 | 14:34:47 |
| 2 | 174.239.2.248 | 8043 | Rambo.Last.Blood.2019.1080p.KORSUB.HDRip.x264.AAC2.0-STUTTERSHIT | [unknown Client] | 3437872497 | ECFA0E9BC730231396CBEBA93D243E76B8DFB758 | 2019-12-06 | 15:40:50 |
| 3 | 174.239.2.248 | 3622 | Ava.2020.WEB-DL.x264-FGT | [unknown Client] | 992086093 | F3882AE352BDE394F46F41B675E60BB584C0573E | 2020-08-30 | 00:11:50 |
| 4 | 174.239.2.248 | 6514 | Ava.2020.WEB-DL.x264-FGT | [unknown Client] | 992086093 | F3882AE352BDE394F46F41B675E60BB584C0573E | 2020-08-30 | 00:21:25 |
| 5 | 174.239.2.248 | 8282 | Ava.2020.WEB-DL.x264-FGT | [unknown Client] | 992086093 | F3882AE352BDE394F46F41B675E60BB584C0573E | 2020-08-30 | 02:52:08 |
| 6 | 174.239.2.248 | 4303 | Ava.2020.WEB-DL.x264-FGT | [unknown Client] | 992086093 | F3882AE352BDE394F46F41B675E60BB584C0573E | 2020-08-30 | 03:29:46 |
| 7 | 174.239.2.248 | 6019 | Ava.2020.WEB-DL.x264-FGT | [unknown Client] | 992086093 | F3882AE352BDE394F46F41B675E60BB584C0573E | 2020-08-30 | 03:54:59 |
| 8 | 174.239.2.248 | 2913 | Ava.2020.WEB-DL.x264-FGT | [unknown Client] | 992086093 | F3882AE352BDE394F46F41B675E60BB584C0573E | 2020-08-30 | 04:30:14 |
| 9 | 174.239.2.248 | 6037 | Ava.2020.WEB-DL.x264-FGT | [unknown Client] | 992086093 | F3882AE352BDE394F46F41B675E60BB584C0573E | 2020-08-30 | 05:28:48 |
| 10 | 174.239.2.248 | 8274 | Ava.2020.WEB-DL.x264-FGT | [unknown Client] | 992086093 | F3882AE352BDE394F46F41B675E60BB584C0573E | 2020-08-30 | 05:31:17 |