| OWNER | Title | Type | Certificate Number |
|---|---|---|---|
| Eve Nevada, LLC | *Ava* | Screenplay | PAu003943693 |
| Eve Nevada, LLC | *Ava* | Motion Picture | PA0002235557 |
| Rambo V Productions, Inc. | *Rambo V: Last Blood* | Motion Picture | PA2202971 |

**Exhibit "3"**