CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:       kculpepper@culpepperip.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Eve Nevada, LLC and Rambo V Productions, Inc.<br><br>        Plaintiffs,<br>vs.<br>DOES 1-16<br>        Defendants. | Case No.: 1:20-cv-475-DKW-KJM<br>(Copyright)<br><br>**PLAINTIFFS' FIRST *EX PARTE* MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENA PRIOR TO A RULE 26(F) CONFERENCE AND EXTENSION OF TIME TO SERVE DEFENDANTS; MEMORANDUM IN SUPPORT OF MOTION** |

**PLAINTIFFS' FIRST *EX PARTE* MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENA PRIOR TO A RULE 26(F) CONFERENCE AND EXTENSION OF TIME TO SERVE DEFENDANTS**

Pursuant to Fed. R. Civ. P. 4(m), 6(b), and 26(d)(1) and based upon the attached supporting memorandum, Plaintiffs respectfully move for entry of an order granting it leave to serve a third party subpoena prior to a Rule 26(f) conference to

obtain the subscriber identities in Hawaii associated with Defendants DOES 1-16 as shown in Exhibit "1" to the Complaint [Doc. #1-2] and for an extension of time to serve Defendants DOES 1-16 for an additional 90 days until May 3, 2021.

DATED: Kailua-Kona, Hawaii, November 5, 2020.

CULPEPPER IP, LLLC

/s/ Kerry S. Culpepper
Kerry S. Culpepper
Attorney for Plaintiffs