## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Eve Nevada, LLC, ) | **Case No.: 1:20-cv-475-DKW-KJM** |
| ) | (Copyright) |
| Plaintiff, ) | |
| vs. ) | **AFFIDAVIT OF MARK** |
| ) | **ACKRICH** |
| Dietrick Riley, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| _____ ) | |

## AFFIDAVIT OF MARK ACKRICH

MARK ACKRICH, hereby declares under penalty of law that the following is true and correct:

1. I am over 18 years of age and reside in Maui county.

2. I have worked as a civil process server in Maui county for over 10 years.

3. Plaintiff's counsel hired me to serve process on Defendants Dietrick Riley and Joseph Visesio.

4. I personally served the Summons, First Amended Complaint and Scheduling Order on Dietrick Riley at 2441 S Kihei Rd. Apt E103 Kihei, HI (his address in the summons) on February 16, 2021 in the morning.

5. Dietrick Riley answered affirmatively when I asked if he was Dietrich Riley. He is a medium height, heavy set and appeared to be of local ethnicity.

6.      After handing the documents to Dietrick Riley he asked me, "What is this about?". I explained to him that the documents concerned a lawsuit about pirating movies. He replied that he had been doing so, lots of people do it, and he did not think it was illegal.

7.      As shown in the attached Exhibit, I charged Plaintiff's counsel $269.48 to serve Defendants Dietrick Riley and Joseph Visesio

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Kihei, Hawaii, February 19, 2021.

Mark Ackrich
955 Aina Place
Kihei, HI 96753