CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone: (808) 464-4047
Facsimile: (202) 204-5181
E-Mail: kculpepper@culpepperip.com

Attorney for Plaintiff
Eve Nevada, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Eve Nevada, LLC,<br><br>　　　　Plaintiff,<br>　vs.<br><br>Dietrich Riley, et al.<br><br>　　　　Defendants. | **Case No.: 1:20-cv-475-DKW-KJM**<br>(Copyright)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT JOSEPH VISESIO PURSUANT TO FED. R. CIV. P. 41** |

STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT
JOSEPH VISESIO PURSUANT TO FED. R. CIV. P. 41

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Eve Nevada, LLC ("Plaintiff"), by and through its counsel, and Defendant JOSEPH VISESIO, appearing *pro se*, that pursuant to Rules 41(a)(1)(A)(ii) and 41(a) (2) of the Federal Rules of Civil Procedure, this action and all claims asserted herein by

Plaintiff against Defendant JOSEPH VISESIO be and is hereby dismissed <u>with prejudice</u>.

No fees and/or costs are sought to be awarded. Each party is to bear any remaining costs and attorneys' fees other than the amounts to be paid pursuant to a confidential Settlement and Release Agreement ("Settlement Agreement") executed between the parties.

No claims, including any counterclaim, cross-claim, or third-party claim, would remain following dismissal.

No answer or motion for summary judgment has been filed.

This Stipulation has been executed by Plaintiff's counsel and Defendant JOSEPH VISESIO and thus all parties who have appeared.

This Court will retain jurisdiction until March 26, 2022 for the purposes of enforcing the Settlement Agreement.

Note this action does not terminate the matter as claims remain against other Defendants.

//
//
//
//
//

DATED: Kailua-Kona, Hawaii, March 3, 2021.

CULPEPPER IP, LLLC

/s/ Kerry S. Culpepper
Kerry S. Culpepper
Attorney for Plaintiff

DATED: Kihei, Hawaii, February 27, 2021.



JOSEPH VISESIO
Defendant

APPROVED AS TO FORM.

DATED: March 29, 2021 at Honolulu, Hawai'i.

/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Eve Nevada LLC v. Dietrich Riley, et al*; Civ. No. 1:20-cv-475-DKW-KJM;
***STIPULATION FOR DISMISSAL OF DEFENDANT JOSEPH VISESIO WITH PREJUDICE***

20-032C 20-cv-475