CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:       kculpepper@culpepperip.com

Attorney for Plaintiff
Eve Nevada, LLC

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Eve Nevada, LLC,<br><br>        Plaintiff,<br>vs.<br><br>Dietrich Riley, et al.<br><br>        Defendants. | **Case No.: 1:20-cv-475-DKW-KJM**<br>(Copyright)<br><br>REQUEST FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANTS; DECLARATION OF COUNSEL; PROPOSED ORDERS; CERTIFICATE OF SERVICE |

REQUEST FOR CLERK TO ENTER DEFAULT AGAINST
DEFENDANTS DIETRICH RILEY, MICHAEL MCCRACKIN AND
<u>COREY R. EVANS</u>

TO: CLERK OF THE ABOVE-ENTITLED COURT:

20-032C  20-cv-475

Pursuant to Fed R. Civ. P. 55(a), Plaintiff Eve Nevada, LLC ("Plaintiff") hereby applies for entry of default by the Clerk of the Court against Defendants Dietrich Riley, Michael Mccrackin and Corey R. Evans.

Defendant Dietrich Riley was personally served a copy of the First Amended Complaint ("FAC") on Feb. 16, 2021.  *See* Proof of Service [Doc. #23], Affidavit of Mark Ackrich [Doc. #23-1].  Defendant Dietrich Riley's responsive pleading to the FAC was due on or before March 9, 2021 per Fed R. Civ. P. 12(a)(A)(i).

Defendant Michael Mccrackin was personally served a copy of the FAC on Feb. 14, 2021.  *See* Proof of Service [Doc. #22], Affidavit of Ruben Torres [Doc. #22-1].  Defendant Michael Mccrackin's responsive pleading to the FAC was due on or before March 8, 2021 per Fed R. Civ. P. 12(a)(A)(i).

Defendant Corey R. Evans was personally served a copy of the FAC on Feb. 27, 2021.  *See* Return of Service [Doc. #25].  Defendant Corey R. Evans's responsive pleading to the SAC was due on or before March 22, 2021 per Fed R. Civ. P. 12(a)(A)(i).

Defendants Dietrich Riley, Michael Mccrackin and Corey R. Evans have failed to appear or otherwise defend.

For these reasons, Plaintiff request that the Clerk of the Court enter default on all claims plead in the FAC against Defendants Dietrich Riley, Michael Mccrackin and Corey R. Evans.

DATED: Kailua-Kona, Hawaii, April 1, 2021.

                CULPEPPER IP, LLLC

                /s/ Kerry S. Culpepper
                Kerry S. Culpepper

                Attorney for Plaintiff

20-032C  20-cv-475