UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Eve Nevada, LLC,<br><br>              Plaintiff,<br><br>vs.<br><br>Dietrich Riley, et al.<br><br>              Defendants. | **Case No.: 1:20-cv-475-DKW-KJM**<br>(Copyright)<br><br>ENTRY OF DEFAULT OF DEFENDANT MICHAEL MCCRACKIN |

<u>ENTRY OF DEFAULT OF DEFENDANT MICHAEL MCCRACKIN</u>

It appearing that the summons and First Amended Complaint were duly served upon the defendant Michael Mccrackin on Feb. 14, 2021 [Docs. ## 22, 22-1], and no answer or other pleading has been filed by said defendant as required by law;

Therefore, upon request of the plaintiff, default is hereby entered against the defendant Michael Mccrackin as provided in Rule 55(a), Federal Rules of Civil Procedure.

Clerk, _____Michelle Rynne, Clerk_____.

Deputy Clerk, _____/s/ EA, Deputy Clerk_____

Dated: Honolulu, Hawaii, _____April 5, 2021_____

<u>Eve Nevada LLC v. Dietrich Riley</u>; CIVIL NO. 20-00475 DKW-KJM; ENTRY OF DEFAULT OF DEFENDANT MICHAEL MCCRACKIN