# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:20-CV-00475-DKW-KJM |
| CASE NAME: | Eve Nevada, LLC et al v. Does 1-16 and Corey R. Evans |
| ATTYS FOR PLA: | Kerry S. Culpepper |
| ATTYS FOR DEFT: | No appearance |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | AT&T Service |
| DATE: | 06/07/2021 | TIME: | 9:00 - 9:07 |

COURT ACTION: EP:  [35] PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT COREY R. EVANS hearing held.

Mr. Culpepper reprsents that he has not received anything or heard from Mr. Evans after serving the motion.

Arguments heard.

The Court is inclined to grant the motion in part and denied in part. Court to issue a Findings and Recommendation.

*Submitted by: Bernie Aurio, Courtroom Manager*