IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EVE NEVADA, LLC, <br><br>Plaintiff, <br><br>vs. <br><br>DIETRICH RILEY, KEITH WATIMAR, MICHAEL MCCRACKIN, DOE 7, COREY R. EVANS, DOE 12, JOSEPH VISESIO AND OSCAR BOTELHO, <br><br>Defendants. | CV 20-00475 DKW-KJM <br><br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on June 21, 2021 and served on all parties on June 22, 2021, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and

Recommendation to Grant Plaintiff's Motion for Default Judgment Against Corey R. Evans", ECF No. 43, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: July 12, 2021 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

Eve Nevada LLC vs. Dietrich Riley, etc.; Civil No. 20-00475 DKW-KJM; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION