AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| EVE NEVADA, LLC<br><br>　　　　Plaintiff,<br><br>　　　　V.<br><br>DIETRICH RILEY, KEITH WATIMAR, MICHAEL MCCRACKIN, DOE 7, COREY R. EVANS, DOE 12, JOSEPH VISESIO, AND OSCAR BOTELHO<br><br>　　　　Defendants. | DEFAULT JUDGMENT IN A CIVIL CASE<br><br>Case: CV 20-00475 DKW-KJM<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>July 12, 2021<br><br>At 12 o'clock and 40 min p.m.<br>MICHELLE RYNNE, CLERK |

[ ]　**Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]　**Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that default judgment is entered against Defendant Corey R. Evans pursuant to the "Findings and Recommendation to Grant Plaintiff's Motion for Default Judgment Against Corey R. Evans", ECF No. 43, filed on June 21, 2021 and the "Order Adopting Magistrate Judge's Findings and Recommendation", ECF No. 44, filed on July 12, 2021.  It is further ordered that Plaintiff is awarded $4,000.00 for statutory damages, $505.40 for costs, $5,961.15 for attorneys' fees and a permanent injunction against Defendant Evans' continued infringement of Plaintiff's copyright in the Work.

| | |
|---|---|
| 　　　　July 12, 2021 | 　　　　MICHELLE RYNNE |
| Date | Clerk |
| | 　　　　/s/ Michelle Rynne by ET |
| | (By) Deputy Clerk |