UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EVE NEVADA, LLC | ) Civil No. 20-00475 DKW-KJM |
| Plaintiff, | ) ORDER (1) GRANTING |
| vs. | ) PLAINTIFF'S SECOND MOTION |
| | ) FOR COURT ORDER |
| | ) AUTHORIZING DISCLOSURE; |
| DIETRICH RILEY, et al. | ) AND (2) AUTHORIZING |
| | ) SUBSCRIBER DISCLOSURE |
| Defendants. | ) |

ORDER (1) GRANTING PLAINTIFF'S
SECOND MOTION FOR COURT ORDER AUTHORIZING
DISCLOSURE; AND (2) AUTHORIZING SUBSCRIBER DISCLOSURE

On July 12, 2021, Plaintiff Eve Nevada, LLC ("Plaintiff") obtained a Default Judgment against Defendant Corey R. Evans ("Defendant"). ECF No. 45. On April 25, 2022, Plaintiff filed a Second Motion for Court Order Authorizing Subscriber Disclosure ("Motion") in connection with its attempts to enforce the judgment. ECF No. 52. The Court finds this matter suitable for disposition without a hearing pursuant to Rule 7.1(c) of the Local Rules of Practice for the United States District Court for the District of Hawaii.

After carefully reviewing the filings and the record in this case, the Court GRANTS Plaintiff's Motion and hereby AUTHORIZES and ORDERS non-party

Verizon Wireless to disclose financial information, including payment records and bank account information from October 1, 2020, to present, for Defendant as requested by Plaintiff in its subpoena to Verizon Wireless for purposes of enforcing the Default Judgment.

FURTHERMORE, this Order shall be deemed a court order under California Public Utilities Code § 2894.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 29, 2022

Kenneth J. Mansfield
United States Magistrate Judge

*Eve Nevada, LLC v. Dietrich Riley, et al.*, Civil No. 20-00475 DKW-KJM; Order (1) Granting Plaintiff Eve Nevada, LLC's Second Motion for Court Order Authorizing Subscriber Disclosure; and (2) Authorizing Subscriber Disclosure