UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Eve Nevada, LLC,<br><br>                Plaintiff,<br>  vs.<br><br>Corey R. Evans,<br><br>                Defendant,<br><br>  and<br><br>Navy Federal Credit Union<br><br>                Garnishee. | **Case No.: 1:20-cv-475-DKW-KJM**<br>(Copyright)<br><br>ORDER FOR GARNISHEE SUMMONS |

### ORDER FOR GARNISHEE SUMMONS

The foregoing Ex Parte Motion is GRANTED and it is HEREBY ORDERED that Garnishee Summons issue according to law.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, May 25, 2022.



Kenneth J. Mansfield
United States Magistrate Judge

---

*Eve Nevada, LLC v. Corey R. Evans*, Case No.: 1:20-cv-00475-DKW-KJM, ORDER

1